IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA HERNANDEZ, | No. 2:18-cv-0020-CMK |
| Petitioner, | |
| vs. | ORDER |
| RON RACKLEY, | |
| Respondent. | |
| _____ / | |

Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 16, 2018, the court issued an order requiring petitioner to submit a complete application for leave to proceed in forma pauperis, including a "certification from the warden or other appropriate officer of the place of confinement showing the amount of money or securities that the petitioner has in any account in the institution" as required by Rule 3(a)(2) of the Federal Rules Governing Section 2254 Cases, or pay the required filing fee. See 28 U.S.C. §§ 1914(a), 1915(a). The court has received a copy of petitioner's trust fund account statement, which satisfies the certification requirement. However, no application for leave to proceed in forma pauperis has been received. The application is required before leave may be granted.

1

Petitioner will be provided another opportunity to submit either a completed application to proceed in forma pauperis or pay the appropriate filing fee. As the court is in receipt of petitioner's prison trust account statement certified by prison officials, no further certification is required. Petitioner is warned that failure to comply with this order may result in the dismissal of this action for lack of prosecution and failure to comply with court rules and orders. See Local Rule 11-110.

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner shall submit on the form provided by the Clerk of the Court, within 30 days from the date of this order, a complete application for leave to proceed in forma pauperis, or pay the appropriate filing fee; and

2. The Clerk of the Court is directed to send petitioner a new form Application to Proceed In Forma Pauperis By a Prisoner.

DATED: July 2, 2018

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Craig M. Kellison
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE